# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | **Case No.:  04-12477 GAO** |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUEST** |
| | ) | **FOR ENTRY OF DEFAULT** |
| vs. | ) | |
| | ) | |
| **Paul J. Medeiros** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Plaintiff Comcast of Southern New England, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendants Paul J. Medeiros (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendants have failed to appear, have failed to serve a responsive pleading, and have failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendants.  The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Attorney,

2/14/05
Date

   /s/ John M. McLaughlin
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. 210
Northampton, MA 01061
Telephone:  (413) 586-0865
BBO No. 556328

**CERTIFICATE OF SERVICE**

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 14th day of February, 2005, a copy of the foregoing Request for Default was mailed first class to:

Paul J. Medeiros
218 Cornell Street
New Bedford, MA 02740

                          _/s/ John M. McLaughlin_____
                          John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | **Case No.:  04-12477 GAO** |
| | ) | |
| **Plaintiff,** | ) | **AFFIDAVIT OF ATTORNEY FOR** |
| | ) | **PLAINTIFF'S REQUEST** |
| **vs.** | ) | **FOR DEFAULT** |
| | ) | |
| **Paul J. Medeiros** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| _____ | ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1.    On November 23, 2004, the Plaintiff filed a Complaint against the Defendant, **Paul J. Medeiros**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2.    On December 13, 2004, the said Defendant was served **in hand, by Deputy Sheriff Michael P. Young** (see copy of Deputy Sheriff's Return of Service marked **<u>Exhibit A</u>**, attached hereto, and made a part hereof).

3.    Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4.    To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5.    I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6.      I have attached a Form of Order entitled Notice of Default, for the Court's use if it

shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 14th day of

February, 2005.

> Respectfully Submitted for the Plaintiff,
> Comcast of Southern New England, Inc.
> By Its Attorney,
>
>
>   /s/ John M. McLaughlin
> John M. McLaughlin
> **Green, Miles, Lipton & Fitz-Gibbon**
> 77 Pleasant Street
> P.O. 210
> Northampton, MA 01061
> Telephone:  (413) 586-0865
> BBO No. 556328

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Massachusetts

Comcast of SNE, Inc.

v.

Paul J. Medeiros

**SUMMONS IN A CIVIL CASE**

## 04 - 12477 GAO

CASE NUMBER:

TO: (Name and address of Defendant)

Paul J. Medeiros
218 Cornell Street
New Bedford, MA 02740

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

NOV 23 2004

DATE

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

December 13, 2004

I hereby certify and return that on 12/9/2004 at 06:09 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Disclosure Stmt., Case Coversheet in this action in the following manner: To wit, by delivering in hand to Paul J. Medeiros at 218 Cornell Street New Bedford, MA . Copies ($2.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.20

_____
Deputy Sheriff Michael P. Young                                           *Deputy Sheriff*

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                        Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | **Case No.: 04-12477 GAO** |
| | ) | |
| **Plaintiff,** | ) | **ORDER FOR NOTICE OF REQUEST** |
| | ) | **FOR DEFAULT** |
| **vs.** | ) | |
| | ) | |
| **Paul J. Medeiros,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk