# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**COMCAST OF SOUTHERN NEW ENGLAND**
        **Plaintiff**

**V.**

**PAUL MEDEIROS**
        **Defendant**

**CIVIL ACTION**

**NO.   04-12477-GAO**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **COMCAST OF SOUTHERN NEW ENGLAND** for an order of Default for failure of the Defendant, **PAUL MEDEIROS**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **31** day of **MAY, 2005**.

        SARAH A. THORNTON
        **CLERK OF COURT**

        By:   **PAUL S. LYNESS**
        **Deputy Clerk**

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)