# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Southern New England, Inc. ) | Case No.: 04-12477 GAO |
| ) | |
| Plaintiff, ) | ORDER FOR NOTICE OF REQUEST |
| ) | FOR DEFAULT |
| vs. ) | |
| ) | |
| Paul J. Medeiros, ) | |
| ) | |
| Defendant ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this __19__ day of __July__, __2005__.

BY THE COURT

*Paul [signature]*
Deputy Clerk