## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**COMCAST OF SOUTHERN NEW ENGLAND, INC.**
        Plaintiff(s)

        v.                            CIVIL ACTION NO.  04-12477-GAO

**PAUL J. MEDEIROS**
        Defendant(s)

### DEFAULT JUDGMENT

  O'TOOLE  , D.J.

      Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the FRCP, judgment is entered against defendant.

                                                          By the Court,

Dated:  JULY 19, 2005                     PAUL LYNESS
                                                          **Deputy Clerk**

(Default Judgment.wpd - 12/98)